# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00154-MOC-DSC

| | |
|---|---|
| LASHUNDA R. KORNEGAY,<br><br>    **Plaintiff,**<br><br>v.<br><br>PHOENIX FINANCIAL SERVICES LLC et. al.,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for David M. Barshay]" (document # 5) filed May 9, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: May 9, 2019

_____
David S. Cayer
United States Magistrate Judge